UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LATARTIOUS R. HILL,                    §
                                       §
        *Plaintiff,*                   §
                                       §
v.                                     §        CIVIL ACTION H-05-4273
                                       §
WATERWOOD NATIONAL ASSOCIATES, ET AL,  §
                                       §
        *Defendants*.                  §

**FINAL JUDGMENT**

Before the court is Defendants' Motion to Dismiss for Want of Prosecution, Or In the Alternative, Motion to Compel and Motion for Amended Docket Control Order.  The plaintiff has filed no response to the motion which, under the Local Rules, is taken as a representation of no opposition. L.R. 7.4.  Furthermore, despite notice from the court, the plaintiff failed to appear at the hearing on this motion which was held on October 26, 2006.  However, the court has considered the motion, the record, and applicable authorities, and this court is of the opinion that the motion should be GRANTED.  It is

THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss for Want of Prosecution (Dkt. 19) is GRANTED.  It is

FURTHER ORDERED, ADJUDGED, AND DECREED that the above-captioned matter is DISMISSED WITH PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

Signed at Houston, Texas on October 26, 2006.

_____
Gray H. Miller
United States District Judge